IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYATTA HUGHTON, <br> Petitioner, | : <br> : <br> : | CIVIL ACTION <br> NO. 11-6176 |
| v. | : <br> : | |
| PENNSYLVANIA DEPARTMENT OF <br> CORRECTIONS, et al., <br> Respondents. | : <br> : <br> : | |

## ORDER

AND NOW, this 10th day of May 2012, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), Petitioner's Memorandum of Law in Support of Application for Habeas Corpus Relief Under 28 U.S.C. § 2254 (Doc. No. 7), Respondents' Answer to Petition for Habeas Relief (Doc. No. 9), the Report and Recommendation filed by United State Magistrate Judge Henry S. Perkin (Doc. No. 12), and after an independent review of the pertinent record, it is ORDERED that:

1. The Report and Recommendation (Doc. No. 12) is APPROVED and ADOPTED.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this Court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.